TROY LAW, PLLC
*Attorney for the Plaintiff*
41-25 Kissena Blvd., Suite 110
Flushing, NY 11355
Tel: (718) 762-1324

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
BAOQUAN TIAN,
*on his own behalf and on behalf of others similarly situated*
         Plaintiff,
      v.
STAR NAIL SALON, INC.
  d/b/a Star Nails;
YOUNG HEE KANG
  a/k/a Younghee Kang
  a/k/a Young H. Kang, and
SUNG KOOK KANG
  a/k/a Sung K. Kang
  a/k/a Seungkook Kang
  a/k/a Sam Kang
         Defendants.
------------------------------------------------------------X

Case No: 20-cv-05263 (FB)(SIL)

**JUDGMENT**

   Whereas pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Defendants STAR NAIL SALON, INC. d/b/a Star Nails; YOUNG HEE KANG a/k/a Younghee Kang a/k/a Young H. Kang, and SUNG KOOK KANG a/k/a Sung K. Kang a/k/a Seungkook Kang a/k/a Sam Kang having offered to allow judgment be taken against them by consent Plaintiffs BAOQUAN TIAN, in this action for a sum of **Thirty Thousand Dollars ($30,000.00)** including all attorneys' fees and costs now accrued; the offer of judgment is made for purposes specified in Rule 68, and is not to be construed as an admission that the offerors are liable in this action or that consent Plaintiff BAOQUAN TIAN, through John Troy, Troy Law PLLC, on having accepted and provided notice that he has accepted Defendants' Offer of Judgment, dated June 13, 2023, and the matter having come before this Court, the Court now render it Order, that the Clerk should enter judgment dismissing the case in accordance with the acceptance of offer of judgment pursuant to Fed. R. Civ. P. 68 and directing the Clerk to close this case. It is hereby:

**ORDERED and ADJUDGED,** that Defendants shall make payments toward the Judgment Amount according to the following installment schedule:

**Installment 1.** Two Thousand Five Hundred ($2,500.00) by check to Troy Law, PLLC as attorneys for deposit into Troy Law, PLLC's escrow account on or before July 10, 2023;

**Installment 2.** Two Thousand Five Hundred ($2,500.00) by check to Troy Law, PLLC as attorneys for deposit into Troy Law, PLLC's escrow account on or before August 10, 2023;

**Installment 3.** Two Thousand Five Hundred ($2,500.00) by check to Troy Law, PLLC as attorneys for deposit into Troy Law, PLLC's escrow account on or before September 10, 2023;

**Installment 4.** Two Thousand Five Hundred ($2,500.00) by check to Troy Law, PLLC as attorneys for deposit into Troy Law, PLLC's escrow account on or before October 10, 2023;

**Installment 5.** Two Thousand Five Hundred ($2,500.00) by check to Troy Law, PLLC as attorneys for deposit into Troy Law, PLLC's escrow account on or before November 10, 2023;

**Installment 6.** Two Thousand Five Hundred ($2,500.00) by check to Troy Law, PLLC as attorneys for deposit into Troy Law, PLLC's escrow account on or before December 10, 2023;

**Installment 7.** One Thousand Five Hundred ($1,500.00) by check to Troy Law, PLLC as attorneys for deposit into Troy Law, PLLC's escrow account on or before January 10, 2024;

**Installment 8.** One Thousand Five Hundred ($1,500.00) by check to Troy Law, PLLC as attorneys for deposit into Troy Law, PLLC's escrow account on or before February 10, 2024;

**Installment 9.**   One Thousand Five Hundred ($1,500.00) by check to Troy Law, PLLC as attorneys for deposit into Troy Law, PLLC's escrow account on or before March 10, 2024;

**Installment 10.**   One Thousand Five Hundred ($1,500.00) by check to Troy Law, PLLC as attorneys for deposit into Troy Law, PLLC's escrow account on or before April 10, 2024;

**Installment 11.**   One Thousand Five Hundred ($1,500.00) by check to Troy Law, PLLC as attorneys for deposit into Troy Law, PLLC's escrow account on or before May 10, 2024;

**Installment 12.**   One Thousand Five Hundred ($1,500.00) by check to Troy Law, PLLC as attorneys for deposit into Troy Law, PLLC's escrow account on or before June 10, 2024;

**Installment 13.**   One Thousand Five Hundred ($1,500.00) by check to Troy Law, PLLC as attorneys for deposit into Troy Law, PLLC's escrow account on or before July 10, 2024;

**Installment 14.**   One Thousand Five Hundred ($1,500.00) by check to Troy Law, PLLC as attorneys for deposit into Troy Law, PLLC's escrow account on or before August 10, 2024;

**Installment 15.**   One Thousand Five Hundred ($1,500.00) by check to Troy Law, PLLC as attorneys for deposit into Troy Law, PLLC's escrow account on or before September10, 2024; and

**Installment 16.**   One Thousand Five Hundred ($1,500.00) by check to Troy Law, PLLC as attorneys for deposit into Troy Law, PLLC's escrow account on or before October 10, 2024.

**ORDERED and ADJUDGED,** that if the check is received on time but fails to clear the first time when it is deposited or is otherwise unpresentable for payment, including being not signed or being made to the incorrect payee, Defendant agrees to pay a late charge of nine percent (9%) of that installment payment then due in addition to whatever service charge that are incurred as a result of the bounced check and this charge will be paid with the new payment. Plaintiff shall notify Defendants of the bounced or non-depositable check by email to

agrossman@rhakimlaw.com, and Defendants shall have seven (7) days from the date of notice to cure the default.

**ORDERED and ADJUDGED,** that if Defendants fail to pay any of the above installments by their due dates, post-judgment interest shall accrue pursuant to 28 U.S.C. § 1961 from the date of entry of judgment. If Defendants fail to pay any of the above installments by their due dates, Plaintiff shall notify Defendants of their default via certified mail to 226 Concord Ave., West Hempstead, NY 11552, with a copy via email to agrossman@rhakimlaw.com, and Defendants shall have seven (7) days from the date of notice to cure the default. If Defendants fail to cure the default within seven (7) days of notice, two times (2x) the total unpaid Judgment Amount, plus fifteen percent (15%) of two times (2x) the unpaid Judgment Amount pursuant to N.Y. Lab. L. § 198.4, shall immediately come due and Plaintiff shall have the right to seek payment of two times (2x) the total unpaid Judgment Amount, in any court of competent jurisdiction. Defendants shall be liable for all reasonable attorney fees, costs, or disbursements incurred by Plaintiff in such an enforcement action.

**ORDERED and ADJUDGED,** that <u>if any amounts remain unpaid</u> upon the expiration of 90 days following the issuance of judgment, or ninety days after expiration of the time of appeal and no appeal is then pending, whichever is later, the <u>total amount of judgment shall automatically increase by fifteen percent</u>, as required by NYLL 198(4).

Dated: Brooklyn, New York  
June 20, 2023

BRENNA B. MAHONEY  
CLERK OF COURT

BY: *Jalitza Poveda*  
Deputy Clerk